MEMO ENDORSED

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

May 3, 2023

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Shon Morgan DK#22CR337(KMK)

Dear Judge Karas,

I am writing to request a forty-five day adjournment of the status conference in the above referenced case which is currently scheduled for May 10, 2023. The basis for this request is that the undersigned and the government are in active discussions to resolve this case and the additional time will allow for further plea discussions. The undersigned expects to resolve this case prior to the next status conference date. I have contacted Assistant United States Attorney Kingdar Prussien, and he has no objection to this request. Lastly, the undersigned would like to inform the Court that I am unavailable from May 19, 2023 through June 2, 2023. Thank you for your consideration of this request.

Very truly yours,

Francis L. O'Reilly

Granted. The conference is adjourned to 6/26/23, at 10:30. Time is excluded until then, in the interests of justice, to allow the Parties to continue their discussions toward a resolution of this case. The interests of justice from this exclusion outweigh the public's and Mr. Morgan's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

6/3/23