UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,                    **MEMORANDUM**

      -against-                             22 Cr. 337 (KMK)

SHON MORGAN,

                        Defendant.

-------------------------------------------------------------X

TO: <u>Kenneth M. Karas, United States District Judge</u>:

       Please find attached a transcript of the June 26, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 25, 2023
       White Plains, New York

                                                      Respectfully Submitted,

                                                      JUDITH C. McCARTHY
                                                    United States Magistrate Judge