Margaret Livingston
5111 Woodmere Dr #204
Centreville, VA 20120

October 27, 2023

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Dear Honorable Kenneth M. Karas,

My name is Margaret Livingston and I am writing on behalf of my son, Shon Michael Morgan, to offer some insight about the young man that will be sitting before you, so that you may see him for more than just the reason he is there.

Shon and his two oldest sisters were born in Hawaii and raised primarily by myself as a single parent, with enormous help and support from my parents. Shon's dad did not play a consistent role in their life growing up, and my dad spent a lot of time away from home, deployed with the Army. In turn, Shon did not have a constant male role model in his life until we moved to Virginia in 2011 and I met my now husband. This was also when Shon started playing football and had Coaches that started to have a positive impact on him. My husband and I married in 2013 and had a baby and bought a house in Manassas, VA in the same year. Manassas had a bad reputation, but it was where we could afford to live. Shon made several friends while we lived in Manassas, some of which were more like family. We spent four years in Manassas and welcomed the last of the five kids in 2016 and then moved to Centreville, VA in 2017, when Shon was in 10th grade. At this point, my husband and I could not afford a place big enough for the whole family, so Shon and his sister Kayla and their niece moved in with my parents, who also live in Centreville and Shon's two youngest sisters lived with my husband and me.

Shon has always been a smart kid. His Senior year of high

school he decided to get his GED instead. When he took the GED test in 2019, he scored as "GED College Ready" in Social Studies and in Mathematical Reasoning and scored "GED College Ready + Credit" in Science. At the time he did not know what he wanted to do for a career so he took some time away from school and explored different jobs. In those jobs, he found what he did NOT want to do. He eventually decided he wanted to become a Trauma Surgeon and researched everything he needed to do and courses he needed to take to accomplish that. He enrolled in Northern Virginia Community College with a course load in line with that goal.

When Shon was arrested in June 2022, I was in shock. He had never been in trouble with the law before, so to be arrested by the FBI came as a surprise. Then to find out the charge was Conspiracy to Commit Hobbs Act Robbery and the potential sentence it carried, was even more shocking and prompted a lot of research, considering I had never heard of Hobbs Act. Shon was forthcoming with information when he was arrested, and cooperated with the line of questioning. Shon was graced with the opportunity to be on probation with an ankle monitor, which allowed him to complete one year of college as well as prove he was no longer the 19 year old kid that made those poor choices. He is fully aware of the seriousness of his charges and that his actions did not only affect him, but also the lives of those around him and the lives of the targeted party. In the year Shon was on probation, he became an even bigger part in his younger siblings' lives (age 10 and 6) and his niece's life (age 6). He read to them, played with them, watched movies with them and prepared food for them and spent a lot of time hanging out with them.

When we left for court in June of this year, it was like they knew he was not going to be home for a while. They all cried, and they continue to express how much they miss him. His niece likes to sleep in Shon's room now because it gives her comfort.

When Shon was taken into custody in June and spent that first night in Westchester County Jail, he said he had a range of negative emotions, from anger to sadness and depression, but he prayed for God to lift all that negative energy, and he felt a weight lifted from him. He started reading the Bible more and retains what he reads and even went to Bible Study while he was there. We talk almost every day, and the conversations we have

as well as the conversations he has with others, are that of a more matured young man. He has expressed the desire to become a Youth Minister to help youth stay out of trouble and be a mentor for them. As a mother, I never would have thought I would be thankful for my son's experience in jail. Although I would not have chosen this path for my son, I am thankful he has chosen to use this time to become a better person and has developed a plan for his future that involves giving back to the community through youth ministry. I am extremely proud of Shon and the growth he has made in these last few months, with his Faith as well as in general. I will continue to pray for your wisdom and grace in the decision before you.

I hope you can see Shon for who he really is and not just the young man before you in court.

Thank you for taking the time to read this.

Sincerely,


Margaret Livingston

Colonel (Ret) Craig R Firth
6433 Muster Court, Centreville, VA 20121

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas St.
White Plains, NY 10601

Your Honor,

The purpose of this letter is to provide a character reference for my grandson, Shon M. Morgan, who will appear before you on November 8 for his sentencing hearing for his part in violating the Hobbes Act, for which he has pled guilty. While I am obviously biased in his favor, I hope to provide some mitigating information here for your consideration.

Shon recognizes that his actions were just plain wrong, and he has repeatedly expressed his remorse, not for being charged, but rather for participating in this scheme in the first place. He is sorry for the impact this has had on his family, and for the impact it has had on the proposed target of the scheme. Even before he knew he was being investigated, he realized that he was on the wrong path in life, and had taken steps on his own to set out in a new direction. Although he left school in his senior year prior to graduation, he took it upon himself to earn his GED. He had always been a good student when he applied himself, and he passed all sections of his GED exam, earning "college-ready" evaluations on several sections. He set a goal for himself to become a trauma surgeon, and, again, on his own, sought and gained acceptance into a program that guaranteed him acceptance into the pre-med program at Old Dominion University following a period of study at a junior college. He then obtained financing for his junior college enrollment and signed up for his first semester of school. He was arrested and charged before he could begin classes, but while on pre-trial home confinement, still began his studies, and despite the stress of not knowing what his future would entail, managed to complete his first year of junior college despite periodic interruptions to travel to New York for court appearances. He had earnestly decided to become a productive member of society rather than continue to associate with the people with whom he had been consorting as a late teen and young adult.

Shon has never had a constant male role model in his life, and often fell under the sway of older boys around him. His father was almost entirely absent from his life while he was growing up, aside from occasionally sending him a pair of shoes once in a while for Christmas. During most of his early life, he and his mother lived with my wife and me in Hawaii. However, I was also not present most of the time, as I was almost constantly deployed on military missions with Special Forces and "black side" operations, or, following my retirement from the active military, on various jobs on the mainland, or to Iraq, Afghanistan and almost five years in Africa as a Defense contractor. He essentially had no adult male mentorship during his formative years. Every time I left on a deployment, I told him he had to be the "man of the house" while I was gone. I had no idea until recently how much pressure that put on a young boy with no example to follow. Even when his mother married in 2014, Shon had an extremely rocky relationship with his stepfather, and eventually moved back in with my wife and me, this time in Virginia. He tried to live with his father for almost a year in Hawaii, but they did not get along, and Shon returned to our home here in Virginia in May 2020, just a couple weeks before the incident for which he is charged occurred.

Since his arrest, Shon has re-embraced Christianity, not as a show, and certainly not something he would ever mention to you as a ploy to win leniency, but as a genuine acceptance of faith, and something I feel you should know about him. He is still determined to "do good", and not fall into some recidivist cycle. He understands that he must and should pay penance for his actions, and he stands ready to do that. My biggest regret is that after serving as the Director of Protection for all of Iraq, responsible for the safety and protection of 137,000 US military members and 167,000 government civilians and contractors, I ultimately could not protect my own grandson…from falling in with the wrong crowd and from making bad choices.

Thank you for your time and for taking this information into account when he stands before you on 8 November.

Sincerely,

Craig R. Firth
Colonel, US Army Special Forces (Ret)

Dear Honorable Kenneth M. Karas,

My name is Kayla Firth, I am Shon Morgan's 20 year old younger sister. Growing up with Shon has helped me get through a lot. We've definitely had our little sibling rivalries, but I always knew he was there for me. I've struggled with depression since I was a kid, and not once has Shon ever let me walk by him without checking on me when he could see that I had been crying, which was a lot. Not growing up with a father figure in my life made Shon being there for me mean the world to me. I always needed that one man in my life I knew I could trust, and that would protect me, and it's been Shon even when he didn't have it himself.

Shon will always be my know it all sarcastic big brother, but I can honestly say he has grown so much while being on house arrest. Not only has he given himself to God, but he has honestly given himself to the family too, especially my niece who lives with us. She made him do everything with her, and he gladly did it. Before Shon left he broke down crying to me and made me promise to be there for our niece while he's in jail. He truly has grown not just in the mind but in the heart. When we were younger I used to feel like he didn't respect my feelings sometimes because I've always been really sensitive and he didn't get it but these past couple years and especially while he was on house arrest he really put effort into us having a better relationship and actually understanding me. We really started to bond more and be more willing to accept and listen to each others advice. I really believe my brother has grown into a good man with a strong mind and heart. Shon has always had a growth mindset and I'm so proud of him that while on house arrest and even after being taken to New York he has stayed in the best spirit that he could and has stayed focused on God, staying connected to the family, and what his path will be when he is able to come home. I appreciate so much that even in this situation I've been able to see my big brother show such strength of the mind and willingness to grow when it's seems so easy to just be consumed by everything else. My brother's strength genuinely inspires me to stay strong with my own mental struggles. I know when he comes home he's ready to be the best man he can be in his eyes and in God's eyes, and I can't wait to be there to see it.

Sincerely,

Kayla Firth

Javin Livingston
14151 Lotus Ln Apt# 12110
Centreville, Virginia 20120

October 27, 2023

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Dear Honorable Kenneth M. Karas

I am writing on behalf of Shon M Morgan. Wanting to ask for leniency for him and that you lessen his sentence.

My name is Javin Livingston I am Shon M Morgan's stepfather. Shon has been a part of my life for over 12 years. I have been employed by PenFed Credit Union for 25 years in their Member Records Dept. I have also been a Reston youth league football coach for 15 years in my community. I met Shon Morgan about 12 years ago when his mom, my wife now, and I were introduced to each other by our friends. I coached Shon in football for a year. We grew together through this time. Learning from each other. Since this was my first time being a parent to him and his sisters, he was a quiet kid that was used to having his mom as only parent. But he was a good kid. I have seen Shon grow into a good young man over the years and change a lot in his life. One by helping his younger sisters Madison and Allyson with helping them with school. He also started to be open more and sharing. I went to church on Sunday morning, they shared the church schedule they had a Men's breakfast for the first Saturday every month. The week before I told Shon we need to have a guy's thing together before he left to go back to NY. That is what popped up. I did not think he would go but I prayed on it. That Monday I called Shon and he said yes. So, he reached to his PO to request to go that Saturday. We went to the men's Breakfast where he met my youth pastor Mike Colon. They talked to each other he asked Shon what his plan was when he had to serve time. Shon replied I am going to read and lift

weights. Mike said OK went on to tell Shon that he should pray and read the bible. Also, that when he gets out that he should leave his past behind those gates. Start his new chapter in life. We as people let our past control our future blessing that God has for us by not moving forward. Mike showed him people in the church that had done so. It hit home with Shon. After that Saturday Shon really started opening up as a person. When he left to go to court with his grandfather and mom. Shon knew there was a possibility he would not be coming home, but he did not know for sure. He got upset about it, but he prayed to God to take the anger away. God did that for him. Shon has started reading the Bible teaching us the stuff he learned. Open his heart up and shared more than he ever has. He is changing his life to be better man. He taught me that anything possible if you put God first. Shon Morgan is a wonderful stepson I would never change that. We have grown to love and respect each other. Our faith in God has made us stronger as a family. I will always be there for him. When we walk through the darkness we have a light to guide us, that is Jesus. When we give it to him, we become a light for him. My son Shon is a light for Jesus. I hope that when you walk into that court on Nov. 8 that you see that light on Shon and the growth. I know God will show you.

Thank You
Javin Livingston